# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 98-00613 LGB-TJH |
| Plaintiff, | |
| v. | Order |
| BOOKER TERRY SIMMONS, | |
| Defendant. | |

The Court has considered Defendant Booker Terry Simmons's motion for a sentence reduction based on compassionate release [dkt. # 139], together with the moving and opposing papers.

On February 2, 1999, a jury convicted Simmons, in this case, of conspiracy to commit bank robbery, in violation of 18 U.S.C. § 371 and 18 U.S.C. § 2113(a); aiding and abetting bank robbery, in violation of 18 U.S.C. § 2 and 18 U.S.C. § 2113(a); and aiding and abetting armed bank robbery, in violation of 18 U.S.C. § 2 and 18 U.S.C. § 2113(a),(d). On May 24, 1999, Judge Lourdes Baird sentenced Simmons to 310 months.

Simmons, now, moves *in pro per*, for compassionate release.

The records attached to the Government's opposition brief appear to indicate that

Simmons was sentenced in 2002 by the Southern District of Iowa to 60 months for a separate offense, and that sentence was to be served consecutively to the 310 month sentence imposed in this case. That additional 60 month sentence, apparently, resulted in Simmons's current custodial term of 370 months. This Court cannot confirm the details of the Southern District of Iowa's case because it predates the electronic filing and case management system.

It is unclear whether Simmons is, currently, serving his 310 month sentence imposed by Judge Baird, or whether he has completed that 310 month sentence, due to various credits he earned, and is now serving his consecutive 60 month sentence imposed by the Southern District of Iowa.

The Government shall file, by June 1, 2022, a supplemental brief explaining whether Simmons is, currently, serving his sentence for this case or his Southern District of Iowa case.

It is so Ordered.

Date: May 12, 2022

Terry J. Hatter, Jr.
Senior United States District Judge